Date signed September 22, 2008



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 08-20538PM |
|---|---|
| Leslie Oletha Copelin-Powell, | Chapter 13 |
| Debtor. | |

## MEMORANDUM TO DEBTOR

Upon review of filings in your case, the Clerk noted certain deficiencies. These deficiencies included that you failed to file a certificate of service as to the mailing by you of copies of your chapter 13 plan and that two required documents were not accurately completed (Summary of Schedules, Official Form 6, and the Statistical Summary of Certain Liabilities and Related Data). These deficiencies must be cured by October 8, 2008. Failure to do will result in the dismissal of your case.

cc: Debtor
    Chapter 13 Trustee

End of Memorandum