Date signed November 03, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 08-20538PM |
|---|---|
| Leslie Oletha Copelin-Powell, | Chapter 13 |
| Debtor. | |

## MEMORANDUM TO DEBTOR

On October 25, 2008, the Debtor filed an "Amended Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income," a copy of which is attached to this Memorandum. Because the Debtor failed to sign the document, a Deficiency Notice was issued by the Clerk on October 23, 2008. The Debtor is advised that a signed copy of this document <u>must</u> be filed with the Clerk immediately. Failing to cure this deficiency could result in the document being stricken from the record and the dismissal of this case.

cc: Debtor
    Chapter 13 Trustee

End of Memorandum